# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS NUNEZ,<br><br>          Petitioner,<br><br>     v.<br><br>J. GASTELLO, Warden,<br><br>          Respondent. | Case No. 16-00417 EJD (PR)<br><br>**ORDER OF TRANSER** |

Petitioner, a state prisoner at the California Men's Colony in San Luis Obispo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state sentence out of Sacramento County.  Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d).  Here, Petitioner is challenging his conviction out of Sacramento County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Therefore, venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** _____5/20/2016_____

_____
EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\HC.16\00417Nunez_transfer