1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JESUS NUNEZ,                                    No.  2:16-cv-1158-KJM-EFB P

12                  Petitioner,

13        v.                                         ORDER

14   J. GASTELLO, Warden,

15                  Respondent.

16

17           Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.  He proceeds *in forma pauperis*.  *See* 28 U.S.C. § 1915(a).

19           A judge "entertaining an application for a writ of habeas corpus shall forthwith award the

20   writ or issue an order directing the respondent to show cause why the writ should not be granted,

21   unless it appears from the application that the applicant or person detained is not entitled thereto."

22   28 U.S.C. § 2243.  It is not apparent from the face of the application that petitioner is not entitled

23   to relief.[1]

24           Accordingly, it is hereby ordered that:

25           1.   The June 16, 2016 findings and recommendations (ECF No. 8) are vacated.

26

27   _____
            [1] The court initially recommended summary dismissal of the petition, but upon further
28   review of the amended petition, will order a response from the respondent.  Accordingly, the June
     16, 2016, findings and recommendations (ECF No. 8) are vacated.

2. Respondent shall file and serve either an answer or a motion in response to petitioner's application within 60 days from the date of this order.  *See* Rule 4, Rules Governing § 2254 Cases.  Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  *See* Rules 4, 5, Rules Governing § 2254 Cases.

3. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondent's reply, if any, shall be filed within 14 days thereafter.

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's amended petition for writ of habeas corpus (ECF No. 10) with any and all attachments on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.  The Clerk of the Court also shall serve on the Senior Assistant Attorney General the consent form used in this court.

Dated:  July 21, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2